Argued May 19, 1948; decided June 11, 1948.

*Henry Adsit Bull,* appellant in person.

*Will Maslow* and *Shad Polier* for The American Jewish Congress, *amicus curiæ,* in support of appellant's position.

*Samuel D. Smoleff* for Citizens Union of the City of New York, *amicus curiæ,* in support of appellant's position.

*Frederic White Shepard* for Nassau Taxpayers League, *amicus curiæ,* in support of appellant's position.

*Nathaniel L. Goldstein,* Attorney-General (*Henry S. Manley* and *Wendell P. Brown* of counsel), for Herman T. Stichman and others, respondents.

*Charles J. Wick* for The Canisius College of Buffalo, N. Y., respondent.

*Franklin R. Brown* for Metzger Construction Corp., respondent.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.